■ In the Matter of EGIDIO SEMENTILLI, Appellant, v MARIA GUASTELLA et al., Respondents, and MICHEAL BENEDETTO et al., Respondents. [949 NYS2d 629]—Judgment, Supreme Court, Bronx County (John W. Carter, J.), entered on or about August 10, 2012, unanimously affirmed for the reasons stated by Carter, J., without costs or disbursements.

No opinion. Order filed. Concur—Tom, J.P., Freedman, Richter, Abdus-Salaam and Manzanet-Daniels, JJ.